UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR CHAVEZ-GARCIA<br><br>Defendant. | No. 4:21-CR-6028-RMP<br><br>WAIVER OF SPEEDY TRIAL |

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from ___9/27/2021___ to ___2/07/2022___. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

*Oscar Chavez*
Defendant

Date: 08-19-2021

Roger J. Peven
Printed Name of Attorney

Counsel for Defendant

Date: 8-19-2021

_____
Interpreter

WAIVER OF SPEEDY TRIAL