Roger J. Peven
Law Office of Roger J. Peven
1408 W. Broadway
Spokane, WA 99201
Telephone: 509.323.9000
Email: rjpeven@gmail.com

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON
HONORABLE ROSANNA MALOUF PETERSON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR CHAVEZ-GARCIA,<br><br>Defendant | No. CR-21-6028-RMP-2<br>MOTION TO CONTINUE and EXPEDITE<br><br>PRETRIAL CONFERENCE:<br>OCT 19, 2021 9:00 AM |

TO:  Vanessa Waldref, United States Attorney E.D.WA

Stephanie Van Marter, Assistant United States Attorney E.D.WA

**I.    Motion**

Defendant, Oscar Chavez-Garcia, moves the Court to continue the trial date currently scheduled for November 8, 2021 and pretrial date of

Motion to Continue

1

October 19, 2021. An extension of time of at least ninety days is requested based on the memorandum contained herein.

**II.    Memorandum**

Mr. Chavez-Garcia was arrested August 3, 2021. A Superseding Indictment was filed charging Mr. Chavez-Garcia in Count 1, a violation of 21 USC §841(a)(1),(b)(1)(A)(vi)(viii), 846 Conspiracy to Distribute 50 Grams or More of Actual (Pure) Methamphetamine and 400 Grams or More of Fentanyl. Mr. Chavez-Garcia is detained in federal custody.

Additional time is needed to complete investigation on the case including analysis of discovery already received as well as review of discovery not yet received. Additional time is needed to properly investigate the allegations, interview fact witnesses, and consult with expert witnesses. Undersigned counsel entered a notice of appearance on August 4, 2021.

Discussions with AUSA Van Marter indicate that additional voluminous discovery is anticipated to be provided soon including records from several cell phone which may need additional translation.

The interests of justice are served by the continuance request. As additional discovery analysis is necessary in order to complete review of the case, there is good cause to grant the continuance. Complete review of the discovery is necessary for effective assistance of counsel in this matter. The ends of justice served by granting the continuance outweigh thefts interest of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A). It is also requested that the motion be expedited.

For the reasons contained herein, it is requested that both trial and pretrial be continued in this matter. AUSA Van Marter has been contacted

and does object to the continuance request. Mr. Chavez-Garcia has been advised of his right to a speedy trial and will provide the appropriate waiver.

Respectfully Submitted this 18th day of October, 2021.

> s/ Roger J. Peven
> WA 6251
> Attorneys for Chavez-Garcia
> Law Offices of Roger J. Peven
> 1408 W. Broadway
> Spokane, Washington 99201
> Telephone: (509) 323-9000
> Email: rjpeven@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie Van Marter, Assistant United States Attorney.

> s/ Roger J. Peven
> WA 6251
> Attorneys for Chavez-Garcia
> Law Offices of Roger J. Peven
> 1408 W. Broadway
> Spokane, Washington 99201
> Telephone: (509) 323-9000
> Email: rjpeven@gmail.com