FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 19, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>OSCAR CHAVEZ-GARCIA<br><br>Defendant. | No. 4:21-CR-6028-PMP-2<br>4:21-CR-6030-RMP<br><br>WAIVER OF SPEEDY TRIAL |

I have been advised of my rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161. I hereby waive my right to a speedy trial under the Act and consent to continuing my trial date from Nov. 8, 2021 to March 14, 2022. I understand the period of the continuance will be excluded from computations of time for the purposes of the Speedy Trial Act.

Oscar Chavez
Defendant

Date: 10·19·21

ROGER PEVEN
Printed Name of Attorney

_____
Counsel for Defendant

Date: 10·19·21

_____
Interpreter

WAIVER OF SPEEDY TRIAL