Roger J. Peven
Law Office of Roger J. Peven
1408 West Broadway
Spokane, Washington 99201
(509) 323-9000

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
HONORABLE MARY K. DIMKE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:21-CR-6028-MKD-2 |
| Plaintiff, | MOTION TO JOIN CONTINUANCE |
| v. | |
| OSCAR CHAVEZ-GARCIA, | |
| Defendant. | |

TO: Vanessa Waldref, U.S. Attorney for the E. Dist. of Washington
   Stephanie Van Marter, Assistant United States Attorney

   Oscar Chavez-Garcia, through counsel, Roger J. Peven, moves the Court to join the Motion to Continue Trial filed by co-defendant Joel Chavez-Garcia (E.C.F 103) requesting the current trial date of March 14, 2022 to be continued to May 23, 2022. The reason for this Motion to Join is based upon the need for additional time investigate the case, review discovery, prepare

1

necessary motions and prepare for trial. Mr. Chavez-Garcia will file a Waiver of Speedy Trial and a Statement or Reasons to support this request.

Dated:	February 2, 2022

        Respectfully Submitted,

s/ Roger J. Peven
WA 6251
Attorneys for Chavez-Garcia
1408 W. Broadway
Spokane, Washington 99201
Telephone: (509) 323-9000
Email:rjpeven@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie Van Marter, Assistant United States Attorney.

s/ Roger J. Peven
WA 6251
Attorneys for Eglet
1408 W. Broadway
Spokane, Washington 99201
Telephone: (509) 323-9000
Email:rjpeven@gmail.com

2