UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>OSCAR CHAVEZ-GARCIA,<br><br>             Defendant. | NO:  4:21-CR-6028-MKD-2<br><br>DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within seventy (70) days after the Indictment was filed or my arrest, whichever was later.  My attorney has also advised me that a continuance of the trial is needed and we have discussed the reasons for the continuance.  A motion to continue the trial date has been or will be filed. I ask this Court to grant the motion and reset the trial from its current date of  March 14,2022 to a date no later than May 23,2022 for the following reasons pursuant to 18 U.S.C. § 3161:

I have been advised by counsel that more time is required in order to review all discovery, prepare pretrial motions, conduct investigations and prepare for trial.

_____

_____

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN
SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 1

I understand that if the Court grants the motion to continue, all time between the date the motion was filed and the new trial date will be excluded from the speedy trial calculations pursuant to the Speedy Trial Act.

I declare under penalty of perjury that the foregoing is true and correct.

I have reviewed this form with Mr.
Chavez-Garcia and he authorized me
to sign on his behalf.

/S/ Oscar Chavez-Garcia
Defendant

Date: February 14, 2022

I have read this form and discussed its contents with my client.

Counsel for Defendant

Date: February 14, 2022

I have translated this form into a language in which the Defendant is conversant.  If questions have arisen, I have notified the Defendant's counsel of the questions and have not offered any advice nor personal opinions.

Interpreter

Date: _____

DEFENDANT'S SPEEDY TRIAL WAIVER AND STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL DATE ~ 2