UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | Case No. 4:21-CR-6028-MKD-2 |
| --- | --- |
| Plaintiff, | 4:21-CR-6030-MKD-1 |
| vs. | CRIMINAL MINUTES |
| OSCAR CHAVEZ-GARCIA, | DATE:  2/14/2022 |
| Defendant. | LOCATION:  Richland |
| | PRETRIAL CONFERENCE |

| JUDGE MARY K DIMKE | | | |
| --- | --- | --- | --- |
| Linda Hansen | LC 03 | N/A | Ronelle Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Stephanie A Van Marter | | Roger J Peven | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] Open Court – Video Conference          [ ] Probation:

Defendant is present by video conference from the Spokane County Jail, in custody of the US Marshal. All counsel present via video conference.

The defendant agreed to conduct the hearing via video conference.  No objection by the parties to conducting the hearings individually.

Motion before the Court:  ECF No. 106, Motion to Join Continuance re: Motion to Continue Pretrial, Trial and Extend Deadline to File Pretrial Motions, ECF No. 103 in 4:21-CR-6028-MKD-2; and Motion to Continue Trial ECF No. 50 in 4:21-CR-6030-MKD-1.

Roger Peven addressed the Court regarding the motion to continue and advised there is no objection to adjusting dates in the Case Management Order as requested by the Government.

The Court confirmed that the defendant agrees to the continuance of both matters and has executed a written waiver of speedy trial, which has been filed at ECF No. 112 and ECF No. 51 in the respective cases.

The Court GRANTED the defendant's motion for continuance in 4:21-CR-6028-MKD-2, making ends of justice findings.  The Jury Trial of 3/14/2022 is STRICKEN and RESET to **5/23/2022 at 9:00 AM** in Richland.   A Pretrial Conference is set for 5/5/2022 at 1:30 PM in Richland.

The Court GRANTED the defendant's motion for continuance in 4:21-CR-6030-MKD-1, making ends of justice findings. The Jury Trial of 3/14/2022 is STRICKEN and RESET to **6/6/2022 at 9:00 AM** in Richland. A Pretrial Conference is set for 5/19/2022 at 11:00 AM in Richland.

| CONVENED: 11:03 AM | ADJOURNED: 11:15 AM | TIME: 12 MINS | [ X ] ORDER FORTHCOMING |