FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE MENDOZA-RUELAS (1),<br>OSCAR CHAVEZ-GARCIA (2),<br>JOEL CHAVEZ-DURAN (3), LETICIA<br>RODRIGUEZ (7), and CARLOS<br>RUELAS-VALDOVINOS (9),<br><br>Defendants. | No. 4:21-CR-6028-MKD-1<br>4:21-CR-6028-MKD-2<br>4:21-CR-6028-MKD-3<br>4:21-CR-6028-MKD-7<br>4:21-CR-6028-MKD-9<br><br>ORDER DIRECTING RESPONSE TO MOTION TO CONTINUE TRIAL DATE |

On April 5, 2022, Defendant Leticia Rodriguez moved the Court for a continuance of her pretrial conference and trial date, ECF No. 188. Defendant Rodriguez seeks a trial date of July 25, 2022. ECF No. 188.[1] A pretrial conference in this matter is set for May 5, 2022. ECF No. 117.

---

[1] Defendant's motion requested a trial date of July 15, 2022, which is a Friday. ECF No. 188. Defense counsel subsequently advised the Court that he intended

ORDER - 1

**Each defendant who has made an appearance in this case shall file a response no later than April 19, 2022** stating their position on the requested trial date of July 25, 2022.

In addition, counsel for Defendant Rodriguez shall consult with the Courtroom Deputy regarding pretrial deadlines and shall submit a proposed case management schedule in accordance with the Court's Case Management Order. ECF No. 185 at 7-8.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

DATED April 12, 2022.

<u>s/Mary K. Dimke</u>
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

---

for the motion to list the date of July 25, 2022.

ORDER - 2